UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL B., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C18-5218 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION; REVERSING DEFENDANT'S DECISION TO DENY BENEFITS; AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) the ALJ erred as described in the R&R; and

(3) the matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

Dated this 6th day of May, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER